CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

YU BAI,

                        Plaintiff,

        v.

MARKWAYNE MULLIN,[1] Secretary, United States Department of Homeland Security, *et al.*,

                        Defendants.

Case No. 3:26-cv-03332-TSH

**STIPULATION TO STAY PROCEEDINGS; ORDER**

The parties hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until October 22, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

1.      Plaintiff filed this action seeking adjudication of his Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff on June 24, 2026. Following the interview, USCIS will work diligently towards completing adjudication of the Form I-589 application, absent the need for further adjudicative action or unforeseen circumstances that would require additional time for adjudication.

---

[1] Markwayne Mullin is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stip. to Stay Proceedings
Case No. 3:26-cv-03332-TSH                        1

2.      Upon receipt of the Asylum Office's decision, Plaintiff agrees to voluntarily dismiss the case.

3.      The parties agree to bear their own litigation costs and attorney fees.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until October 22, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: June 26, 2026

Respectfully submitted[2],

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated:  June 26, 2026

s/ Mei Zhou
MEI ZHOU
J & T, A Law Corporation
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 26, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stip. to Stay Proceedings
Case No. 3:26-cv-03332-TSH                    2